## Scott *v.* Scott, Appellant.

Argued March 8, 1976. *Larry W. Wolf,* with him *Robert W. Geigley,* for appellant; *Walton V. Davis,* with him *John W. Phillips,* and *Pyle and Phillips,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Slomowitz et al., Appellants, *v.* Herbison et al.

Argued March 22, 1976. *Harry P. O'Neill, Jr.,* with him *Joseph R. Rydzewski,* and *Epstein, O'Neill & Utan,* for appellants; *George A. Spohrer,* with him *Hourigan, Kluger & Spohrer,* for appellees.

Order affirmed.